## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Elizabeth M Miller                                    CHAPTER 13

Debtor(s)

BKY. NO. 24-12689 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
12 Aug 2024, 16:25:14, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 0f93d0b6d32151f6883e05073bab3f146aafc590d5942dc6c52829d7f86c17bb