**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ELIZABETH M. MILLER | : | |
|     Debtor | : | BANKRUPTCY NO. 24-12689-PMM |
| | : | |

**PRAECIPE WITHDRAWING PROOF OF CLAIM NUMBER 8**
**FILED BY PHILADELPHIA GAS WORKS**

Kindly mark as withdrawn Philadelphia Gas Works Proof of Claim Number 8 in the amount of $3520.61. Philadelphia Gas Works Claim #8 was filed on September 23, 2024.

                        PHILADELPHIA GAS WORKS

                        /s/     Pearl Pham
                        Pearl Pham,
                        Senior Attorney
                        Philadelphia Gas Works
                        800 West Montgomery Avenue
                        Philadelphia, PA  19122
                        (215) 684-6227 (phone)
                        (215) 684-6798 (FAX)
                        pearl.pham@pgworks.com

September 23, 2024

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **ELIZABETH M. MILLER** | : | |
| Debtor | : | BANKRUPTCY NO. 24-12689-PMM |
| | : | |

**CERTIFICATION OF SERVICE**

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that I have served the Philadelphia Gas Works' Praecipe to Withdraw Proof of Claim #8 on the following date by the means designated below on the date set forth below, upon all parties including the following:

**VIA ECF**

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
215-545-0008
Email: brad@sadeklaw.com

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107
(215) 597-4411


Dated: September 23, 2024         /s/  Pearl Pham_____
                                  Pearl Pham
                                  Senior Attorney
                                  Philadelphia Gas Works
                                  800 West Montgomery Avenue
                                  Philadelphia, PA  19122
                                  (215) 684-6227
                                  pearl.pham@pgworks.com