**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
|    Elizabeth M Miller | : | Chapter 13 |
| | : | Case No. 24-12689-PMM |
| Debtor | : | |

**RESPONSE TO MOTION FOR RELIEF OF THE AUTOMATIC STAY**

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order Granting Relief from the Automatic Stay in the instant Bankruptcy matter.

                                                         Respectfully submitted,

Dated: November 18, 2024             /s/ Brad J. Sadek, Esquire
                                            Brad J. Sadek, Esquire
                                            Sadek Law Offices
                                            2 Penn Center
                                            1500 JFK Boulevard, Suite 220
                                            Philadelphia, PA 19102
                                            (215) 545-0008
                                            brad@sadeklaw.com

                                            *Counsel to the Debtor*