**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Elizabeth M Miller<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| M&T Bank<br>　　　　　　　Moving Party<br>　vs. | NO. 24-12689 PMM |
| Elizabeth M Miller<br>　　　　　　　Debtor(s) | |
| Kenneth E. West<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  13th  day of  December , 2024, at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge